1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7021
7       FAX: (415) 436-7234
        Helen.Gilbert@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 4:17-00399 JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| ZACK TUTU MAPP, | |
| Defendant. | |

During the parties' appearance on August 11, 2017, the Court set August 25, 2017, as the next date for a further status hearing. Counsel for defendant requested that time between August 11, 2017, and August 25, 2017, be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). At the August 11, 2017, hearing, the Court made findings consistent with that agreement and excluded time.

//

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 4:17-00399 JST                                          1

| | |
|---|---|
|1| IT IS SO STIPULATED:|

                                  BRIAN J. STRETCH
                                  United States Attorney

DATED: August 11, 2017

                                _____/s/_____
                                HELEN L. GILBERT
                                Assistant United States Attorney

DATED: August 11, 2017

                                _____/s/_____
                                JEROME MATTHEWS
                                Attorney for Defendant, Zack Tutu Mapp

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is <u>Jerome Matthews</u>. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: August 11, 2017                                 _____/s/_____
                                                                        HELEN L. GILBERT
                                                                        Assistant United States Attorney

**[PROPOSED] ORDER**

As stated at the August 11, 2017 hearing, for the reasons stated above and at the August 11, 2017 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from August 11, 2017, through August 25, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: August 15, 2017

_____
THE HONORABLE JON S. TIGAR
United States District Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*