1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7021
7       FAX: (415) 436-7234
        Helen.Gilbert@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 4:17-00399 JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| ZACK TUTU MAPP, | |
| Defendant. | |

During the parties' appearance on August 25, 2017, the Court set September 29, 2017, as the next date for a further status hearing. Counsel requested that time between August 25, 2017, and September 29, 2017, be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). At the August 25, 2017, hearing, the Court made findings consistent with that agreement and excluded time.

//

//

IT IS SO STIPULATED:

                                            BRIAN J. STRETCH
                                            United States Attorney

DATED: August 29, 2017

                                       _____/s/_____
                                         HELEN L. GILBERT
                                         Assistant United States Attorney

DATED: August 29, 2017

                                       _____/s/_____
                                       JEROME MATTHEWS
                                       Attorney for Defendant, Zack Tutu Mapp

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is <u>Jerome Matthews</u>. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: August 29, 2017                                               _____/s/_____
                                                                    HELEN L. GILBERT
                                                                    Assistant United States Attorney

**[PROPOSED] ORDER**

As stated at the August 25, 2017 hearing, for the reasons stated above and at the August 25, 2017 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from August 25, 2017, through September 29, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: September 5, 2017

_____
THE HONORABLE JON S. TIGAR
United States District Judge

*IT IS SO ORDERED — Judge Jon S. Tigar*